LAW OFFICES OF NELSON MCELMURRY
NELSON MCELMURRY., SBN #236079
37 E. HEDDING ST.
SAN JOSE, CA  95112
TELEPHONE:  (408) 292-2844

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

**UNITED STATES,**   ) CASE NO:  CR-13-247-JAM
    **Plaintiff,**   ) ORDER
    **vs.**   )
**JOSE ANGEL MARTINEZ CHAIREZ,**   )
    **Defendant.**   )

*BY STIPULATION OF BOTH PARTIES, IT IS HEREBY ORDERED* THAT the defendant's sentencing will be continued from April 22, 2014 to May 20, 2014 at 9:45 a.m. with the following agreed upon deadlines:

    1) Informal objections be submitted by 4/11/14

    2) Final PSR due 4/23/14

    3) Formal Objections filed by 5/2/14

    4) Replies to formal objections filed by 5/12/14.

*IT IS SO ORDERED:*

DATED:  4/11/2014

                      /s/ John A. Mendez
                      HON. JOHN A. MENDEZ

ORDER TO CONTINUE SENTENCING