JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ANGEL MARTINEZ-DIAZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MARTINEZ-CHAIREZ et al.,<br><br>  Defendants. | No. CR-S-13-247-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING JUDGMENT<br>SENTENCING<br><br>Date:  July 29, 2014<br>Time:  9:30 a.m.<br>Judge: John A. Mendez |

The parties hereby stipulate the following:

Judgment and sentencing for defendant Jose Martinez-Chairez is presently set for May 20, 2014. Judgment and sentencing for defendant Angel Martinez-Diaz is set for June 3, 2014. Judgment and sentencing for defendant Jose Ramirez-Verduzco is set for June 10, 2014. Counsel for the parties request the dates for judgment and sentencing for all defendants (except Jose Maria Villareal) be continued to July 29, 2014 at 9:30 a.m. Defendant Jose Maria Villareal wishes to remain on calendar for judgment and sentencing on June 3, 2014. Counsel for defendants need additional time to meet with their clients; review the PSR; discuss the findings and recommendations therein; and, research and draft informal objections as necessary. Assistant U.S. Attorney Richard J. Bender will be unavailable from June 21st to July

11th, 2014.  USPO Ronnie Preap has been advised of this request and has no objection.   The parties request the Court adopt the following schedule pertaining to the presentence report regarding defendant **Jose Martinez-Chairez**:

| | |
|---|---|
| **Judgment and Sentencing date:** | **7/29/14** |
| Reply, or Statement of Non-Opposition: | Done |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | Done |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | Done |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | Done |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | Done |

The parties request the Court adopt the following schedule pertaining to the presentence report regarding defendant **Angel Martinez-Diaz:**

| | |
|---|---|
| **Judgment and Sentencing date:** | **7/29/14** |
| Reply, or Statement of Non-Opposition: | 7/23/14 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 7/16/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 7/1/14 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 6/16/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | Done |

The parties request the Court adopt the following schedule pertaining to the presentence report regarding defendant **Jose Ramirez-Verduzco**:

| | |
|---|---|
| **Judgment and Sentencing date:** | **7/29/14** |
| Reply, or Statement of Non-Opposition: | 7/23/14 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 7/18/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 6/17/14 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 6/10/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 5/27/14 |

IT IS SO STIPULATED.

Dated: May 12, 2014                              /s/  John R. Manning
                                                 JOHN R. MANNING
                                                 Attorney for Defendant
                                                 Angel Martinez-Diaz

Dated:  May 15, 2014                             /s/  Nelson McElmurry
                                                 NELSON K. MCELMURRY
                                                 Attorney for Defendant
                                                 Jose Martinez-Chairez

Dated: May 13, 2014                              /s/ Victor D. Vertner
                                                 VICTOR D. VERTNER
                                                 Attorney for Defendant
                                                 Jose Ramirez-Verduzco

Dated: May 13, 2014

Benjamin B. Wagner
United States Attorney

by:  /s/  Richard J. Bender
Richard J. Bender
Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED this 15th day of May, 2014.

/s/ JOHN A. MENDEZ
HON. JOHN A. MENDEZ
U.S. DISTRICT JUDGE