LAW OFFICES OF NELSON MCELMURRY
NELSON MCELMURRY., SBN #236079
37 E. HEDDING ST.
SAN JOSE, CA  95112
TELEPHONE:  (408) 292-2844

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| **UNITED STATES,** | CASE NO: cr-13-247-JAM |
| Plaintiff, | |
| | **ORDER CONTINUING SENTENCING** |
| vs. | |
| **JOSE ANGEL MARTINEZ-CHAIREZ,** | |
| Defendants. | |

Upon stipulation of the parties, IT IS HEREBY ORDERED, that Defendant Jose Angel Martinez-Chairez sentencing be continued to August 12, 2014 at 9:30 a.m.

DATED: 7/25/2014          /s/ John A. Mendez
                          HONORABLE JUDGE MENDEZ