LAW OFFICES OF NELSON MCELMURRY
NELSON MCELMURRY., SBN #236079
37 E. HEDDING ST.
SAN JOSE, CA  95112
TELEPHONE:  (408) 292-2844

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

**UNITED STATES,**

    **Plaintiff,**

    **vs.**

**JOSE ANGEL MARTINEZ-CHAIREZ,**

    **Defendants.**

**CASE NO:  cr-13-247-JAM**

**ORDER CONTINUING SENTENCING**

Upon stipulation of the parties, IT IS HEREBY ORDERED, that Defendant Jose Angel Martinez-Chairez sentencing be continued to August 26, 2014 at 9:30 a.m.

DATED:  8/8/2014          /s/ John A. Mendez
                                       HONORABLE JUDGE MENDEZ