BENJAMIN B. WAGNER
United States Attorney
Richard J. Bender
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>          v.<br><br>JOSE ANGEL MARTINEZ CHAIREZ,<br><br>              Defendant. | CASE NO.  2:13-CR-0247 JAM<br><br>GOVERNMENT'S MOTION TO CONTINUE SENTENCING OF DEFENDANT MARTINEZ CHAIREZ; (proposed) ORDER<br><br>DATE: September 16, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

The United States hereby moves to continue the sentencing of defendant JOSE ANGEL MARTINEZ CHAIREZ from August 26, 2014, to September 16, 2014 at 9:30 a.m.  The reason for the request is that defense counsel has recently procured documentation concerning the defendant's prior convictions which need to be reviewed and addressed in the parties separate sentencing memoranda. Moreover, the present sentencing is complicated by the defendant's career criminal status under the Sentencing Guidelines and his possible minor role in the offense.  The additional time will allow the parties to better address these issues.


Dated:  August 22, 2014

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                         By:   /s/ Richard J. Bender

GOVERNMENT'S MOTION TO CONTINUE SENTENCING
OF DEFENDANT MARTINEZ CHAIREZ

[Motion to Continue Sentencing of Defendant Martinez Chairez (page two)]

Dated:  August 22, 2014                          /s/ Nelson McElmurry (by RJB)
                                                  NELSON McELMURRY
                                                  Attorney for Mr. Martinez Chairez

ORDER

        Upon consideration of the above motion and for the reasons stated therein, it is hereby

ORDERED, that the sentencing of defendant Jose Angel Martinez Chairez is continued to September

16, 2014 at 9:30 a.m.

Dated:  August 22,  2014                          /s/ John A. Mendez
                                                  JOHN A. MENDEZ
                                                   U.S. District Judge