1  BENJAMIN B. WAGNER
   United States Attorney
2  Richard J. Bender
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7
                       IN THE UNITED STATES DISTRICT COURT
8
                          EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,            | CASE NO. 2:13-CR-0247 JAM
11 |                       Plaintiff,     | GOVERNMENT'S MOTION TO CONTINUE
   |                                      | SENTENCING OF DEFENDANT MARTINEZ
12 |             v.                       | CHAIREZ; (proposed) ORDER
13 | JOSE ANGEL MARTINEZ CHAIREZ,         | DATE: October 7, 2014
   |                                      | TIME: 9:30 a.m.
14 |                       Defendant.     | COURT: Hon. John A. Mendez

15

16     The United States hereby moves to continue the sentencing of defendant JOSE ANGEL

17 MARTINEZ CHAIREZ from September 16, 2014, to October 7, 2014 at 9:30 a.m.  The reason for the

18 request is that defense counsel dealing with a family matter (new child), has been sick recently, and has

19 not had the opportunity to prepare a sentencing memorandum nor to otherwise properly prepare for the

20 sentencing of defendant Martinez Chairez on September 16th.  October 7th was the next date available

21 for both counsel and the Court.

22

23     Dated:  September 15, 2014                    BENJAMIN B. WAGNER
                                                     United States Attorney
24

25                                            By:   /s/ Richard J. Bender
                                                     RICHARD J. BENDER
26

27

28

GOVERNMENT'S MOTION TO CONTINUE SENTENCING                 1
OF DEFENDANT MARTINEZ CHAIREZ

[Motion to Continue Sentencing of Defendant Martinez Chairez (page two)]

Dated:  September 15, 2014         /s/ Nelson McElmurry (by RJB)
                                   NELSON McELMURRY
                                   Attorney for Mr. Martinez Chairez

## ORDER

Upon consideration of the above motion and for the reasons stated therein, it is hereby ORDERED, that the sentencing of defendant Jose Angel Martinez Chairez is continued to October 7, 2014 at 9:30 a.m.

Dated:  September 15, 2014         /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   U.S. District Court Judge