IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:13-cr-00247 JAM |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| JOSE ANGEL MARTINEZ-CHAIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel attorney, Erin Radekin, is hereby appointed effective, November 9, 2015, the date the Office of the Federal Defender first contacted her.

DATED: 11/19/2015

                                                            /s/ John A. Mendez_____
                                                            HON. JOHN A. MENDEZ
                                                            United States District Court Judge